**EVERETT DOREY LLP**
Seymour B. Everett, III, SBN 223441
  severett@everettdorey.com
Samantha E. Dorey, SBN 281006
  sdorey@everettdorey.com
Stacy L. Douglas, SBN 199287
  sdouglas@everettdorey.com
2030 Main Street, Suite 1200
Irvine, California 92614
Phone: 949-771-9233
Fax: 949-377-3110

Attorneys for Defendant,
TARGET CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VICTORIA MARIA JACQUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1 TO 100, inclusive,<br><br>Defendants. | **Case No. CV 24-9531-GW-ASx**<br><br>*[Assigned to District Judge George H. Wu and Magistrate Judge Alka Sagar]*<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT** |

## ORDER

On December 10, 2024, the parties to the above-referenced action filed a Stipulation to Remand Action to State Court. The Court, having reviewed the Stipulation and good cause appearing therefore, ORDERS as follows:

  1.  The Stipulation to Remand Action to State Court is approved; and

  2.  United States District Court, Central District of California Case No. CV 24-9531-GW-ASx, "*Victoria Mara Jacquez v. Target Corporation*," is hereby remanded to the Los Angeles County Superior Court.

/ / /

/ / /

/ / /

3. The Clerk of the Court for the United States District Court is directed to forthwith deliver a certified copy of the Order of Remand directly to the Clerk of the Superior Court of California, County of Los Angeles.

Dated: December 11, 2024

HON. GEORGE H. WU,
United States District Judge